4 A.3d 153

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Matthew Philip AMOS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 8, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of September, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether petitioner's Sixth Amendment right of confrontation was violated when he was denied the opportunity to confront the phlebotomist and laboratory technician who took and tested his blood sample.